Lawrence J. Gornick (SBN 136290)
David Markevitch (SBN 256163)
**KAISER GORNICK LLP**
100 First Street 25th Floor
San Francisco, CA 94105
Telephone: (415) 857-7470
Fax: (415) 857-7499
lgornick@kaisergornick.com
dmarkevitch@kaisergornick.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS FIELDS and DEBORAH FIELDS,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOMET ORTHOPEDICS, LLC, BIOMET, INC., and BIOMET, LLC, and DOES 1 through 10 inclusive,<br><br>Defendants. | No: C 12-03479 WHA<br><br>[~~PROPOSED~~] **STIPULATED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs, Nicholas Fields and Deborah Fields, and Defendants, Biomet Orthopedics, LLC, Biomet, Inc., and Biomet, LLC ("Defendants"), through their respective counsel of record in the above-captioned matter, agree and stipulate as follows:

This case involves allegations relating to a Biomet M2a hip implant device. On September 20, 2012, the United States Judicial Panel on Multidistrict Litigation ("JPML") will hear a motion to transfer cases involving Biomet M2a hip implant devices for consolidated pretrial proceedings.

The Parties agree and respectfully request that the October 4, 2012 Case Management Conference (and all associated deadlines) in this case be continued to November 29, 2012 at 11:00 a.m., pending the hearing and decision by the JPML.

///

IT IS SO STIPULATED.

Dated: September 11, 2012            **KAISER GORNICK LLP**

    / s / David Markevitch
Lawrence J. Gornick
David Markevitch
Attorneys for Plaintiffs
NICHOLAS FIELDS and DEBORAH FIELDS

Dated: September 11, 2012            **REED SMITH LLP**

    / s / Joshua B. Marker
Steven J. Boranian
Joshua B. Marker
Attorneys for BIOMET ORTHOPEDICS, LLC, BIOMET, INC., and BIOMET, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 17, 2012.

_____
HON. [APPROVED — Judge William Alsup]

- 2 -

[PROPOSED] STIPULATED ORDER CONTINUING CASE MANAGEMENT CONFERENCE