Lawrence J. Gornick (SBN 136290)
David Markevitch (SBN 256163)
**KAISER GORNICK LLP**
100 First Street 25th Floor
San Francisco, CA  94105
Telephone:  (415) 857-7470
Fax:  (415) 857-7499
lgornick@kaisergornick.com
dmarkevitch@kaisergornick.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS FIELDS and DEBORAH FIELDS,<br><br>                 Plaintiffs,<br><br>          vs.<br><br>BIOMET ORTHOPEDICS, LLC, BIOMET, INC., and BIOMET, LLC, and DOES 1 through 10 inclusive,<br><br>                 Defendants. | No: C 12-03479 WHA<br><br>[~~PROPOSED~~] **STIPULATED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      Plaintiffs, Nicholas Fields and Deborah Fields, and Defendants, Biomet Orthopedics, LLC,

Biomet, Inc., and Biomet, LLC ("Defendants"), through their respective counsel of record in the

above-captioned matter, agree and stipulate as follows:

      This case involves allegations relating to a Biomet M2a hip implant device.  On September 20,

2012, the United States Judicial Panel on Multidistrict Litigation ("JPML") will hear a motion to

transfer cases involving Biomet M2a hip implant devices for consolidated pretrial proceedings.

      The Parties agree and respectfully request that the October 4, 2012 Case Management

Conference (and all associated deadlines) in this case be continued to November 29, 2012 at 11:00

a.m., pending the hearing and decision by the JPML.

///

[~~PROPOSED~~] STIPULATED ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1    IT IS SO STIPULATED.

2

3    Dated: September 11, 2012          **KAISER GORNICK LLP**

4

5                                        / s / David Markevitch
6                                       Lawrence J. Gornick
                                        David Markevitch
7                                       Attorneys for Plaintiffs
                                        NICHOLAS FIELDS and DEBORAH FIELDS
8

9    Dated: September 11, 2012          **REED SMITH LLP**

10

11                                       / s / Joshua B. Marker
                                        Steven J. Boranian
12                                      Joshua B. Marker
                                        Attorneys for BIOMET ORTHOPEDICS, LLC,
13                                      BIOMET, INC., and BIOMET, LLC

14   PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16   Dated:  September 17, 2012.

17

18                                      HO_____

19                                                APPROVED

20                                           Judge William Alsup

21

22

23

24

25

26

27

28

- 2 -